PER CURIAM.
Affirmed. See: Standard Fittings Co. v. Sapag, S.A., 625 F.2d 630 (5th Cir.1980), cert. denied, 451 U.S. 910, 101 S.Ct. 1981, 68 L.Ed.2d 299 (1981); Bloom v. A.H. Pond Co., Inc., 519 F.Supp. 1162 (S.D.Fla.1981); Engineered Storage Systems, Inc. v. National Partitions & Interiors, Inc., 415 So.2d 114 (Fla. 3d DCA 1982); A.B.L. Realty Corp. v. Cohl, 384 So.2d 1351 (Fla. 4th DCA 1980); Radlin v. Aero Systems, Inc., 340 So.2d 1260 (Fla. 3d DCA 1976); Atwood v. Calumet Industries, Inc., 308 So.2d 555 (Fla. 4th DCA 1975); sections 48.181, 48.193(1), Florida Statutes (1981).